UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:21CR98-PPS/JPK |
| ) | |
| BRANDON ROMAND PARKS, ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

On November 28, 2023, a jury returned a verdict finding Brandon Parks guilty of racketeering conspiracy. [DE 826 at 7-8.] Sentencing has been set for March 28, 2024. [DE 813.] Parks was released on bond pending the trial, and after the guilty verdict he was granted several delays in the date by which he was required to surrender to the United States Marshal. [DE 810, 828.] Now a request has been submitted for Parks to remain released pending sentencing. [DE 860.] The first-person filing appears to have been submitted by Parks pro se, acting without counsel, though the document is unsigned. [*Id.*] The request will be denied.

First, because Parks has counsel representing him, the court does not permit Parks to also represent himself. *United States v. Perryman*, 20 F.4th 1127, 1132 n.2 (7th Cir. 2021) (when a defendant is represented by counsel, the court has discretion to reject a pro se brief without considering the issues argued).

Second, upon Parks' conviction, a controlling presumption arises in favor of detention pending sentencing. Under 18 U.S.C. §3143(a)(1), I am required to order

Parks' detention once he was found guilty, unless I find by clear and convincing evidence that Parks is not likely to flee or pose a danger to the safety of any other person or the community if released. No such evidence is offered. Each of the circumstances Parks highlights in support of his request (his work as a teacher, his health issues, his lack of a previous criminal record) pertained during all the years he associated with the racketeering conspiracy of which he's been convicted. These facts therefore hardly constitute clear and convincing evidence that his continued release pending sentencing would not pose a danger to the community.

ACCORDINGLY:

Brandon Parks' pro se request for release pending sentencing [DE 860] is DENIED.

SO ORDERED.

ENTERED: January 8, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT